# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

WILLIAM MAYE-PALOMA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1423

————————————————

May 10, 2024

Appeal from the Circuit Court for Pinellas County; Robert Dittmer, Judge.

Howard L. Dimmig, II, Public Defender and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.